# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LEONARD R. PAGE ) | Case No. 23-20186-RDB |
| EVELYN B. PAGE ) | Chapter 13 |
| ) | |
| DEBTORS. ) | |

## CREDITOR'S OBJECTION TO DEBTORS ' CHAPTER 13 PLAN

COMES NOW Nebraska Furniture Mart (hereinafter "NFM"), by and through its attorney, Steve N. Gatzoulis of Evans & Mullinix, P.A., and for its objection to the Debtors' Chapter 13 Plan states the following:

1. NFM is a secured creditor holding a purchase money security interest in the property purchased by the Debtors from NFM.

2. The total claim amount is $2,553.69, with a secured portion of $1,797.49 and an unsecured portion of $756.20.

3. The Debtors purchased and financed personal property more than one year prior to the Petition being filed and listed an incorrect value for that property in section 11.5 of the Debtors' Chapter 13 Plan. The value of the property purchased more than one year prior to the Petition being filed is $1,164.44.

4. The Debtors purchased and financed personal property less than one year prior to the Petition being filed and fails to list NFM in section 11.7 of the Debtors' Chapter 13 Plan. The value of the property purchased less than one year prior to the Petition being filed is $633.05.

WHEREFORE, NFM prays that the Court deny the confirmation of Plan and for such other relief as the Court deems just and equitable.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Steve N. Gatzoulis*
Steve N. Gatzoulis, KS #22176, MO #58057
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8702 (Fax)
sgatzoulis@emlawkc.com
*Attorneys For Nebraska Furniture Mart*

{00956371 }

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed with the court using the CM/ECF system, which notified all parties of interest participating in the CM/ECF system upon filing.

                                                    */s/ Steve N. Gatzoulis*
                                                    Steve N. Gatzoulis

{00956371 }